# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARRY FOREMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-1137-R |
| BARBARA VIRGINIA RHYNE, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones. Doc. No. 13. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of March, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE